IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
OCT 12 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JASON DEWAYNE SULLIVAN, Defendant. | CR 18–7–BU–DLC ORDER |

The United States having filed an Unopposed Motion to Dismiss Items of Forfeiture (Doc. 35),

IT IS ORDERED that the United States' Motion (Doc. 35) is GRANTED and the two items listed in the Indictment as items of forfeiture – firearms – will no longer be forfeited; those items are hereby DISMISSED as items of forfeiture.

DATED this 12th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-